(Rev. 04/26/07)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:03CR80128-001

UNITED STATES OF AMERICA
v.
Angel Perez-Robles
    Defendant,
_____/



## ORDER REVOKING BOND

**THIS CAUSE** came before the Court upon a memorandum from the United States Probation Office, requesting the Court to Revoke Bond.

On February 6, 2008, the Court ordered a $100,000 Corporate Surety Bond with Nebbia with special condition to abide by a daily curfew of 9:00 p.m. to 7:00 a.m. to be monitored by the Home Confinement Electronic Monitoring Program. The Court has determined that the defendant has violated the terms and conditions of bond by failing to abide with his curfew, participate in the Home Confinement Electronic Monitoring Program and absconding from bond, it is thereupon

**ORDERED AND ADJUDGED** that the defendant be brought before this Court to show cause as to why the defendant's bond heretofore imposed by the Court should not be revoked.

**IT IS FURTHER ORDERED** that the defendant be remanded into the custody of the United States Marshal's Service pending a hearing to show cause.

**DONE AND ORDERED** at Miami, Florida, this 10th day of April, 2008.

The Honorable Donald M. Middlebrooks
U.S. District Court, West Palm Beach, Florida

cc:   U.S. Marshal's Service
      U.S. Probation Officer
      U.S. Attorney's Office
      Federal Public Defender's Office/Defense Attorney